## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT GREENBELT

In Re:  Francisco Chavarria                                                 Case No. 24-18639
                                                                                            Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PHH Asset Services LLC, Movant
vs.

Francisco Chavarria, Debtor
Timothy P. Branigan, Trustee
                    Respondent(s)

## NOTICE OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY

The Debtor has failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered April 28, 2025, in the following manner:

Debtor should have paid a regular monthly payment in the amount of $1,810.10 for the months of May 2025 through October 2025 and $1,957.57 for the month of November 2025. The debtor has paid $9,430.20. The amount necessary to cure the default is therefore $3,512.97, which includes attorney's fees and costs in the amount of $125.00. **All subsequent payments and late charges that come due after the filing of this notice must be included in the payment to cure the default.**

Under the provisions of the Consent Order, the stay of Section 362 (a) will terminate and the Movant will resume the foreclosure of its Deed of Trust recorded among the land records of Prince Georges' County, Maryland, and which is secured by the property of the Debtors at **1 Dell Place, Laurel, Maryland 20707**, unless the default noted is cured within ten (10) days from the date this notice is filed. The Consent Order applies to proceedings for possession of the property after foreclosure.

19-603116

Signed and mailed this 13th day of November, 2025.

                              Respectfully submitted:

                              */s/ A. Wayne Hood, Esq.*
                              A. Wayne Hood, Esq.
                              Attorney for Movant
                              Bar No. 21176
                              McCabe, Weisberg & Conway, LLC
                              312 Marshall Avenue, Suite 800
                              Laurel, MD 20707
                              301-490-3361
                              bankruptcymd@mwc-law.com

19-603116

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2025 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
Email: cmecf@chapter13maryland.com

Bennie R. Brooks
8201 Corporate Drive
Suite 260
Landover, MD 20785
Email: bbrookslaw@aol.com

I hereby further certify that on the 13th day of November, 2025, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Francisco Chavarria
1 Dell Place
Laurel, MD  20707
(Via U.S Mail)

                                                */s/ A. Wayne Hood, Esq.*
                                                A. Wayne Hood, Esq.

19-603116