# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# AT GREENBELT

In Re:   Francisco Chavarria            Case No. 24-18639
                                                                                                     Chapter 13

**********************************
PHH Asset Services LLC, Movant
vs.

Francisco Chavarria, Debtor
Timothy P. Branigan, Trustee
                 Respondent(s)

## NOTICE OF FAILURE TO CURE NOTICE OF DEFAULT

Comes now, A. Wayne Hood, Esq., attorney for the Movant, PHH Asset Services LLC, Movant, and certifies that:

1. The Debtor has failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered <u>April 28, 2025</u> (Doc. No. 35).

2. In accordance with the terms of the Agreed Order Movant filed and served a Notice of Default and Notice of Termination of Automatic Stay ("Notice of Default") on November 13, 2025 (Doc. No 44).

3. The Debtor failed to timely cure the Notice of Default or to file an opposition to the Notice of Default.

4. Pursuant to the terms of the Agreed Order, Movant's forbearance obligation has terminated, and Movant may now immediately proceed, or resume, with the foreclosure of its Deed of Trust is recorded among the land records of Prince Georges' County, Maryland, and which is secured by the property of the Debtor at **1 Dell Place, Laurel, Maryland 20707.**

19-603116

Signed and mailed this 16th day of December, 2025.

                                              Respectfully submitted:

                                              */s/ A. Wayne Hood, Esq.*
                                              A. Wayne Hood, Esq.
                                              Attorney for Movant
                                              Bar No. 21176
                                              McCabe, Weisberg & Conway, LLC
                                              312 Marshall Avenue, Suite 800
                                              Laurel, MD 20707
                                              301-490-3361
                                              bankruptcymd@mwc-law.com

19-603116

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2025 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
Email: cmecf@chapter13maryland.com

Bennie R. Brooks
8201 Corporate Drive
Suite 260
Landover, MD 20785
Email: bbrookslaw@aol.com

I hereby further certify that on the 16th day of December, 2025, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Francisco Chavarria
1 Dell Place
Laurel, MD  20707
(Via U.S Mail)

>  /s/ A. Wayne Hood, Esq.
>  A. Wayne Hood, Esq.

19-603116