## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

| | |
|---|---|
| In re: : | |
| : | |
| FRANCISCO CHAVARRIA, : | Case No. 24-1-8639-LSS |
| : | Chapter 13 |
| Debtor. : | |
| : | |

### TRUSTEE'S MOTION FOR DISALLOWANCE OF CLAIM
### AS TO WHICH THE CLAIMANT HAS REFUSED DISTRIBUTIONS

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, requests the Court to disallow the amended claim on behalf of PHH Mortgage Corporation (the "Claimant") dated May 12, 2025 in the amount of $137,203.23 (the "Claim").  The Claimant has: (1) refused to accept distributions made pursuant to the plan confirmed in the case; and/or (2) advised the Trustee that collateral securing the claim has been or will be executed upon; and/or (3) failed either to withdraw the Claim or to amend the Claim to reflect any deficiency resulting from the execution.  The Claim should be disallowed to permit plan funds to be disbursed to other creditors.

WHEREFORE, the Trustee prays that the Court disallow the Claim.

Respectfully submitted,

February 5, 2026

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
(410) 290-9120

**PLEASE TAKE NOTICE that: (1) within thirty (30) days after the date on the certificate of service of the objection, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; and (2) an interested party may request a hearing that will be held in the court's discretion.**

### Certificate of Service

I hereby certify that, the following persons are to be served electronically via the CM/ECF system:

Bennie Brooks, Esq.
Ryan Srnik, Esq.
Anthony W. Hood, II, Esq.

I caused a copy of the pleading to be sent on February 5, 2026 by first-class U.S. mail, postage prepaid to:

PHH Mortgage Corporation
Attn: Luke Hayden, President
P. O. Box 24605, ATTN: Bankruptcy Dept.
West Palm Beach, FL  33416

Francisco Chavarria
1 Dell Place
Laurel, MD  20707

PHH Mortgage Corporation
1661 Worthington Rd., Ste. 100
West Palm Beach, FL  33409

/s/ Timothy P. Branigan_____
Timothy P. Branigan (Fed. Bar No. 06295)