Entered: February 18th, 2026
Signed: February 17th, 2026
**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–18639 – LSS**   Chapter: **13**

**Francisco Chavarria**
Debtor

# ORDER CONVERTING FROM CHAPTER 13
# TO A CASE UNDER CHAPTER 7 ON DEBTOR'S REQUEST

Upon consideration of the motion/application of the Debtor requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor
      Attorney for Debtor – Bennie Brooks
      Case Trustee – Timothy P. Branigan
      U.S. Trustee

**End of Order**

13x03 (rev. 11/07/2005) – KellyHorning